

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2016

No. 04-16-00060-CV

Maria Jilma **URIBE** and Jose Carlos Uribe,
Appellants

v.

**CARRINGTON MORTGAGE SERVICES, LLC** on behalf of Deutsche Bank National Trust
Co., as Indenture Trustee for New Century Home Equity Loan Trust 2006-NC4 Asset-Backed
Pass-Through Certificates,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI18492
Honorable Dick Alcala, Judge Presiding

## O R D E R

This court granted Appellants' and Appellees' first joint motion for a forty-five day extension of time to file Appellants' brief until June 6, 2016. *See* TEX. R. APP. P. 38.6(d). On June 3, 2016, Appellants and Appellees filed a second joint motion for extension of time to file their respective briefs. Appellants request an additional twenty-one days to file their brief. Appellees request a six-day extension of time to file their brief.

The joint motion is GRANTED. Appellants' brief is due on June 27, 2016. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANTS' BRIEF WILL BE GRANTED.**

Appellees' brief is due on August 2, 2016. *See id.* R. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court